# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Allied World Specialty Insurance Company, f/k/a Darwin National Assurance Company Laboratories Consumer Care, Inc., ) ) ) ) ) Plaintiffs, ) ) ) v. ) ) MRL Plumbing, LLC; Michael Lobdell; and ) Patricia Lobdell, ) ) Defendants. ) ) | Civil Action No. 0:16-3030-TLW  **ORDER GRANTING DEFAULT JUDGMENT** |

This matter comes before the Court for review of the Report and Recommendation ("the Report") filed on January 23, 2018, by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(e), (D.S.C.). ECF No. 71. In the Report, the Magistrate Judge recommends that the Court direct entry of default judgment against Defendant MRL Plumbing, LLC, for losses and expenses sustained by Plaintiff in the amount of $607,437.25, and grant Plaintiff attorneys' fees and costs. *Id.* Objections to the Report were due on February 6, 2018, but Plaintiff did not file objections. The matter is now ripe for disposition.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained therein. 28 U.S.C. § 636. However, in the absence of objections to the Report, the Court is not required to give any explanation for adopting the Magistrate Judge's recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). In such a case, "a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear

error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

In light of this standard, the Court has carefully reviewed the Report, the relevant filings, and the applicable law and notes that Plaintiff has not responded to the Motion for Default Judgment or filed objections to the Report. Therefore, it is hereby **ORDERED** that the Report, ECF No. 71, is **ACCEPTED**. For the reasons articulated by the Magistrate Judge, Plaintiff's motion for default judgment, ECF No. 60, is **GRANTED**. The Clerk is directed to **ENTER DEFAULT JUDGMENT** against Defendant MRL Plumbing, LLC, for a sum certain for paid losses and expenses in the amount of $607,437.25, and for attorneys' fees and costs. *See* F.R.C.P. 55(b)(1).

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*_____
TERRY L. WOOTEN
Chief United States District Judge

February 28, 2018
Columbia, South Carolina